UNITED STATES BANKRUPTCY COURT

District of Maryland (Baltimore)

IN RE:    JONATHAN A LUCA                                CASE NO:    23-13385
                                                        CHAPTER:    13

         Debtor (s)

### **Change of Address – Notifications for Creditor**

As to Claim  6-1,  Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its address for Notifications has changed.

| Old Notice Address | New Notice Address |
|---|---|
| PO Box 130000<br>Raleigh NC 27605 | P.O. Box 169005<br>Irving, TX 75016 |

Please note that the address for payment **has not changed**.  Consult the proof of claim for the payment address.

Creditor Phone Number: 1-888-875-9372
Creditor Email Address:  BKChapter13@WellsFargo.com


___07/05/2024___                              /s/ Shelita Garcia_____
                                              Bankruptcy Processor
                                              Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

**CERTIFICATE OF SERVICE**

District of Maryland (Baltimore)

IN RE:   JONATHAN A LUCA                     CASE NO:   23-13385
                                             CHAPTER:   13

        Debtor (s)

In addition to the parties who will be served via the Court's ECF system, I certify that on
___07/05/2024___, I served a true and correct copy of the above notice of address change on the
Debtor(s) by U.S. mail at the address(es) listed on the court's docket, where the Debtor is not
represented by counsel.


   ___07/05/2024___                     /s/ Shelita Garcia_____
                                        Bankruptcy Processor
                                        Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FORM-1072 (03/15/24)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.